# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.:  10-cv-3029 PAM/TNL

| | |
|---|---|
| Jeffrey L. Freeland,<br><br>                    Plaintiff,<br>v.<br><br>Financial Recovery Services, Inc.,<br><br>                    Defendant. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

                                                            **ATTORNEYS FOR PLAINTIFF**

Dated: 06/14/2011

By: s/ Trista M. Roy
Trista M. Roy, Esq.
Attorney I.D. #: 0387737
Thomas J. Lyons, Esq.
Attorney I.D. #:  65699
CONSUMER JUSTICE CENTER, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone:  (651) 770-9707
Facsimile: (651) 704-0907
tristacjc@aol.com

                                                            **ATTORNEY FOR DEFENDANT**

Dated: 06/14/2011

By: s/Michael S. Poncin
Michael S. Poncin (#296417)
James R. Bedell (#351544)

MOSS & BARNETT P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis  MN  55402-4129
Telephone:  (612) 877-5000
PoncinM@moss-barnett.com