**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.:  10-cv-3029 PAM/TNL**

| | |
|---|---|
| Jeffrey L. Freeland,<br><br>                    Plaintiff,<br>v.<br><br>Financial Recovery Services, Inc.,<br><br>                    Defendant. | **ORDER FOR DISMISSAL WITH PREJUDICE** |

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees against Defendant.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                         BY THE COURT

Dated:  June  16,  2011              s/Paul A. Magnuson
                         The Honorable Paul A. Magnuson
                         Judge of United States District Court